IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFF BROWN**                                                                                             **PLAINTIFF**
**ADC #080026**

v.                                        Case No. 4:22-cv-00356-LPR

**JOE PROFIRI, et al.**                                                                                    **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the underlying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 2nd day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).